AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### For The District of Columbia

**UNITED STATES OF AMERICA**

V.

EVELYN GRANDE
aka Evelyn Grande-Garcia, Ebelyn Garcia
    DOB:  6/18/1969 and 7/18/1969
    PDID: 432 948

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about  May 22, 2005  in  Washington, D.C.  county, in the District of  Columbia  defendant(s) was, (Track Statutory Language of Offense)

an alien who previously has been deported and removed from the United States, and was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title  8  United States Code, Section(s)  1326(a)  .

I further state that I am  Mark Leeper, Special Agent with the U.S. Immigration and Customs Enforcement  , and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
Mark Leeper, Special Agent
U.S. Immigration and Customs Enforcement

AUSA, Frederick Yette   (202) 353-1666
Sworn to before me and subscribed in my presence,

_____    at    Washington, D.C.
Date                                                                 City and State

_____        _____
Name & Title of Judicial Officer                       Signature of Judicial Officer