### AFFIDAVIT IN SUPPORT OF COMPLAINT
### Evelyn GRANDE
### aka Evelyn Grande-Garcia, Ebelyn Garcia
### DOB: 6/18/1969 and 7/18/1969

I, Mark Leeper, being duly sworn, depose and state:

1. I am a Senior Special Agent for the United States Immigration and Customs Enforcement ("ICE"), previously known as the Immigration and Naturalization Service ("INS"). I have been employed by ICE and its predecessor agency since 1996, and I am currently assigned to the ICE Special Agent in Charge, Washington, D.C. Office, (SAC/DC) in Fairfax, Virginia.

2. My duties as a Special Agent with ICE include, but are not limited to investigating the illicit manufacture and sale of fraudulent immigration documents and other related violations of the Immigration and Nationality Act and to seek, where applicable, prosecution and deportation of those violators. These duties also include investigating cases involving persons who have illegally reentered the United States after prior deportation or removal.

3. The information contained in this affidavit is based on my personal knowledge, observations, and interviews conducted during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents and other physical evidence to support my request for a criminal complaint and warrant for arrest.

4. This affidavit contains information necessary to support probable cause for this application. This affidavit is not

intended to include each and every fact and matter observed by me or known by the government.

5. This affidavit is submitted in support of a criminal complaint and warrant for arrest charging Evelyn GRANDE, aka Evelyn Grande-Garcia, Ebelyn Garcia ("GRANDE") with Unlawful Reentry after Deportation, in violation of Title 8, United States Code, Section 1326.

6. GRANDE is a native and citizen of El Salvador.

7. On November 10, 1998, GRANDE was arrested by the Metropolitan Police Department in Washington, D.C. for Felony Possession With Intent To Distribute a Controlled Substance (Cocaine) in violation of 33 D.C. Code 541(a)(1). GRANDE subsequently pled guilty to that offense and, on August 19, 2002, was sentenced to 5 to 15 months in D.C. Superior Case No. F-8197-98.

8. In February 2003, GRANDE was interviewed by the Immigration and Naturalization Service and put into Removal Proceedings. On May 9, 2003, an Immigration Judge entered an Order that GRANDE be removed from the United States to El Salvador. On May 13, 2003, GRANDE received a "Warning to Alien Ordered Removed or Deported," which advised her in writing that after her removal, she was prohibited from entering the United States at any time without the prior approval of the U.S. Attorney General. On June

3, 2003, pursuant to the Order of Removal, GRANDE was removed from Miami, Florida and returned to El Salvador.

9. On or about May 22, 2006, GRANDE was encountered by law enforcement on the 300 block of Taylor Street NW in Washington, D.C. It was determined that GRANDE is an illegal alien from El Salvador, and she was taken into custody by the U.S. Immigration and customs Enforcement (ICE). At the time of her arrest, GRANDE claimed that her true name was Evelyn GRANDE-GARCIA and she admitted that she had entered the United States without inspection near Brownsville, Texas, on an unknown date in September 2005.

11. Your affiant has reviewed the documents contained in GRANDE'S file maintained by ICE and that file indicates that GRANDE did not obtain the Attorney General's permission to reenter the country following her removal on June 3, 2003.

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that GRANDE is an alien who previously has been removed or deported from the United States, and now has been found in the United States without first having obtained the express consent of the Attorney General of the United States to reenter the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Mark Leeper

                                          Senior Special Agent, ICE

Subscribed and sworn to before me this _____ day of June, 2006

_____
United States Magistrate Judge