AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA
V.

EVELYN GRANDE, aka
Evelyn Grande-Garcia,
Ebelyn Garcia

JUN 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 06-281-M-01

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EVELYN GRANDE__
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

being an alien who previously has been deported and removed from the United States, and was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States

in violation of Title _8_ United States Code, Section(s) _§ 1326(a)_ .

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

[Signature]
Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

Title of Issuing Officer

JUN 16 2006  D.C.
Date and Location

Bail fixed at $ __Hold__   by [Signature]
                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-16-06 | Sean McLeod SDUSM | Sean McLeod |
| DATE OF ARREST | | |
| 6-22-06 | | |

509881