AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF _District of Columbia_

UNITED STATES OF AMERICA

v.

_Evelyn Grande_

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: _06-281M_

**FILED**

JUN 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Evelyn Grande_, charged in a (complaint) (petition) pending in this District with ~~District of Columbia~~ _Unlawful Reentry After Deportation_

in violation of Title _8_, U.S.C., _1326(a)_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Evelyn Grande Loreia_
Defendant

_6-22-06_
Date

_Denise S. Lipley_
Counsel for Defendant